UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-2220

CORAL HARBOR REHABILITATION AND NURSING CENTER,

Petitioner

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent

No. 18-2619

NATIONAL LABOR RELATIONS BOARD,

Petitioner

v.

CORAL HARBOR REHABILITATION AND NURSING CENTER,

Respondent

(NLRB-1 No. 22-CA-167738)

Present:     McKEE, PORTER and ROTH, Circuit Judges

1. Letter Motion by Intervenor-Respondent at No. 18-2220, 1199 SEIU United Healthcare Workers East, to Correct the Court's Opinion Entered on December 26, 2019.

Respectfully,
Clerk/slc

_____ORDER_____

The foregoing Motion is Granted.

The opinion is to be amended as follows:

Counsel for Intervenor, 1199 SEIU United Healthcare Workers East ("the Union") Jessica E. Harris, Esq., should be added.

Page 12 delete *NLRB v. Vista Nursing*, and replace with *NLRB v. New Vista Nursing*.

By the Court,

s/ Theodore A. McKee
Circuit Judge

Dated:        January 6, 2020
SLC/cc:      Counsel of Record